

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORT DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

MAR 1 6 '17

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Marsha Gaut,

        Plaintiff,

    v.

Prime Acceptance Corp.,

        Defendant.

Civil Action No.:  4:17-cv-00091-A

:
:
:
:
:
:
:
:
:
:
:

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

      Plaintiff, Marsha Gaut (hereinafter "Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 15, 2017

                Respectfully submitted,

                By _____

                Jenny DeFrancisco, Esq.
                CT Bar # 432383
                LEMBERG LAW L.L.C.
                43 Danbury Road, 3rd Floor
                Wilton, CT 06897
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                E-mail: jdefrancisco@lemberglaw.com
                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2017, a true and correct copy of the foregoing Notice of Withdrawal was sent via regular mail to the Clerk of Court for the United States District Court for the Northern District of Texas.

By: _____

Jenny DeFrancisco