IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR I 6 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

MARSHA GAUT, §
§
Plaintiff, §
§
VS. §   NO. 4:17-CV-091-A
§
PRIME ACCEPTANCE CORP., §
§
Defendant. §

## FINAL JUDGMENT

In accordance with the notice of withdrawal of complaint and voluntary dismissal of action without prejudice filed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Marsha Gaut, against defendant, Prime Acceptance Corp., be, and are hereby, dismissed without prejudice.

SIGNED March 16, 2017.

_____
JOHN McBRYDE
United States District Judge